**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LIFEWATCH SERVICES, INC., and
CARD GUARD SCIENTIFIC SURVIVAL, LTD.

*Plaintiffs*,

v.

BRAEMAR, INC. AND
ECARDIO DIAGNOSTICS, LLC,

*Defendants*.

Civil Action No. 09-CV-6001

**JOINT MOTION TO DISMISS THE CLAIMS**
**AND COUNTERCLAIMS CONCERNING THE '878 PATENT**

The parties to this lawsuit, Plaintiffs LifeWatch Services, Inc. and Card Guard Scientific Survival, Ltd. (collectively "Plaintiffs"), and Defendants Braemar, Inc. and eCardio Diagnostics, LLC (collectively "Defendants"), hereby jointly move the Court to enter the relief set forth below concerning the claims and counterclaims that relate, in whole or in part, to one of the patents-in-suit, U.S. Patent No. 7,542,878 ("the '878 Patent"):

1.      The claims brought by Plaintiffs alleging infringement of the '878 Patent against Defendants, as set forth in Plaintiff's Complaint (Docket No. 1), are hereby dismissed with prejudice from the case, except that Plaintiffs expressly reserve their rights to pursue any claims with respect to the '878 Patent for any products other than the accused products identified in the Complaint, including but not limited to future versions of such products to the extent that such future versions are materially different than the versions that existed as of the date of this motion.

2.      The counterclaims brought by Defendants against Plaintiffs seeking declaratory

judgment of non-infringement and patent invalidity relating to the '878 Patent, as set forth in

Defendant Braemar's Answer and Counterclaims (Docket No. 36) and Defendant eCardio's Answer

and Counterclaims (Docket No. 37), are hereby dismissed with prejudice from the case, except that

the declaratory judgment counterclaims with respect to invalidity of the '878 Patent as to any

products other than the accused products in this action are dismissed without prejudice.  Further,

Defendants are not precluded from asserting any of its claims in the form of a counterclaim to an

asserted claim against one or more of Defendants alleging infringement pertaining to the '878 Patent.

3.      Each party shall bear its own costs, expenses and attorneys' fees in connection with

the dismissed claims and counterclaims set forth in paragraphs 1 and 2 above.

All claims and counterclaims of the parties relating to U.S. Patent No. 5,730,143 remain at

issue in the case.

## REQUEST FOR RELIEF

WHEREFORE, the parties respectfully request that the Court enter an order granting the

relief requested above.

Dated:  July 1, 2010

/s/ Jeremy P. Oczek

Steven M. Bauer (admitted *pro hac vice*)
Jeremy P. Oczek (admitted *pro hac vice*)
Benjamin M. Stern (admitted *pro hac vice*)
Melissa A. Siegelman (admitted *pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Telephone:     (617) 526-9600
Facsimile:     (617) 526-9899
sbauer@proskauer.com
joczek@proskauer.com
bstern@proskauer.com
msiegelman@proskauer.com

/s/ John L. Krenn

John L. Krenn (admitted *pro hac vice*)
Gregory R. Merz (admitted *pro hac vice*)
Dean C. Eyler (admitted *pro hac vice*)
GRAY, PLANT, MOOTY, MOOTY &
BENNETT, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:     (612) 632-2222
Facsimile:     (612) 632-4222
john.krenn@gpmlaw.com
gregory.merz@gpmlaw.com
dean.eyler@gpmlaw.com

and

Steven R. Gilford (IL Bar No. 3121730)
Catherine J. Spector (IL Bar No. 6287459)
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone:      (312) 962-3550
Facsimile:      (312) 962-3551
sgilford@proskauer.com
cspector@proskauer.com

*ATTORNEYS FOR LIFEWATCH SERVICES,
INC. AND CARD GUARD SCIENTIFIC
SURVIVAL, LTD.*

and

Stacie Rachel Hartman (IL Bar No. 6237265)
Luke Timothy Shannon (IL Bar No. 6290734)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
Telephone:      (312) 258-5500
Facsimile:      (312) 258-5700
shartman@schiffhardin.com
lshannon@schiffhardin.com

*ATTORNEYS FOR BRAEMAR, INC. AND
eCARDIO DIAGNOSTICS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 1st day of July, 2010.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek