# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIFEWATCH SERVICES, INC., and<br>CARD GUARD SCIENTIFIC SURVIVAL, LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAEMAR, INC. AND<br>ECARDIO DIAGNOSTICS, LLC,<br><br>*Defendants*. | Civil Action No. 09-CV-6001 |

## NOTICE OF JOINT MOTION TO DISMISS THE CLAIMS AND COUNTERCLAIMS CONCERNING THE '878 PATENT

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on July 8, 2010 at 9:30 A.M. or as soon thereafter as counsel may be heard, counsel for the parties in this action, Plaintiffs LifeWatch Services, Inc. and Card Guard Scientific Survival, Ltd. and Defendants Braemar, Inc. and Ecardio Diagnostics, LLC, shall appear before the Honorable Judge Hibbler, or any other judge sitting in his stead, in the U.S. District Court for the Northern District of Illinois, located at The Dirksen Federal Building, Room 1225, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then present the **JOINT MOTION TO DISMISS THE CLAIMS AND COUNTERCLAIMS CONCERNING THE '878 PATENT**.  However, the parties respectfully submit that a hearing is not necessary on this Joint Motion.

Dated:  July 1, 2010

| | |
|---|---|
| */s/ Jeremy P. Oczek* | */s/ John L. Krenn* |
| Steven M. Bauer (admitted *pro hac vice*) | John L. Krenn (admitted *pro hac vice*) |
| Jeremy P. Oczek (admitted *pro hac vice*) | Gregory R. Merz (admitted *pro hac vice*) |
| Benjamin M. Stern (admitted *pro hac vice*) | Dean C. Eyler (admitted *pro hac vice*) |
| Melissa A. Siegelman (admitted *pro hac vice*) | GRAY, PLANT, MOOTY, MOOTY & |
| PROSKAUER ROSE LLP | BENNETT, P.A. |
| One International Place | 500 IDS Center |
| Boston, MA  02110 | 80 South Eighth Street |
| Telephone:     (617) 526-9600 | Minneapolis, MN 55402 |
| Facsimile:     (617) 526-9899 | Telephone:     (612) 632-2222 |
| sbauer@proskauer.com | Facsimile:     (612) 632-4222 |
| joczek@proskauer.com | john.krenn@gpmlaw.com |
| bstern@proskauer.com | gregory.merz@gpmlaw.com |
| msiegelman@proskauer.com | dean.eyler@gpmlaw.com |
| | |
| and | and |
| | |
| Steven R. Gilford (IL Bar No. 3121730) | Stacie Rachel Hartman (IL Bar No. 6237265) |
| Catherine J. Spector (IL Bar No. 6287459) | Luke Timothy Shannon (IL Bar No. 6290734) |
| PROSKAUER ROSE LLP | SCHIFF HARDIN LLP |
| Three First National Plaza | 6600 Sears Tower |
| 70 West Madison, Suite 3800 | Chicago, IL 60606 |
| Chicago, IL  60602-4342 | Telephone:     (312) 258-5500 |
| Telephone:     (312) 962-3550 | Facsimile:     (312) 258-5700 |
| Facsimile:     (312) 962-3551 | shartman@schiffhardin.com |
| sgilford@proskauer.com | lshannon@schiffhardin.com |
| cspector@proskauer.com | |
| | *ATTORNEYS FOR BRAEMAR, INC. AND eCARDIO DIAGNOSTICS, LLC* |
| *ATTORNEYS FOR LIFEWATCH SERVICES, INC. AND CARD GUARD SCIENTIFIC SURVIVAL, LTD.* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 1st day of July, 2010.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek