# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 6001 | **DATE** | 7/8/2010 |
| **CASE TITLE** | LIFEWATCH SERVICES, INC., et al. Vs. BRAEMAR, INC., et al. | | |

**DOCKET ENTRY TEXT**

Enter Order of Dismissal as to the claims and counterclaims concerning the '878' patent. All claims and counterclaims of the parties relating to U.S. Patent No. 5,730,143 remain at issue in the case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|