IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFEWATCH SERVICES, INC., and<br>CARD GUARD SCIENTIFIC SURVIVAL, LTD.<br><br>        *Plaintiffs*,<br><br>    v.<br><br>BRAEMAR, INC. AND<br>ECARDIO DIAGNOSTICS, LLC,<br><br>        *Defendants*. | Civil Action No. 09-CV-6001 |

**JOINT MOTION TO AMEND CERTAIN CASE DEADLINES AND FOR
LEAVE FOR PLAINTIFFS TO SERVE AMENDED INFRINGEMENT CONTENTIONS**

Pursuant to Federal Rule 16(b)(4), the parties to this lawsuit, Plaintiffs LifeWatch Services, Inc. and Card Guard Scientific Survival, Ltd. (collectively "Plaintiffs"), and Defendants Braemar, Inc. and eCardio Diagnostics, LLC (collectively "Defendants"), jointly move the Court to amend the scheduling order to extend certain deadlines in this case, as set forth herein. In addition, pursuant to Local Patent Rule 3.4, Plaintiffs seek leave of Court to serve amended infringement contentions to add allegations against Defendant Braemar's recently-announced "Fusion" products with respect to the patent-in-suit, U.S. Patent No. 5,730,143. Defendants agree that Plaintiffs should be allowed leave to serve amended infringement contentions.

The parties believe good cause exists to grant this motion. Plaintiffs promptly notified Braemar that based on the recent Rule 30(b)(6) deposition testimony of Braemar's corporate representatives, Plaintiffs had reason to believe that Braemar's Fusion products infringe claims of U.S. Patent No. 5,730,143. After several telephone meetings between the parties, Braemar produced

certain technical documentation for its Fusion products to Plaintiffs' counsel on June 30, 2010. Plaintiffs intend to supplement their infringement contentions to add allegations of infringement against Braemar's Fusion products. Accordingly, Plaintiffs respectfully request leave to serve amended contentions, and Defendants agree that Plaintiffs should be allowed leave.

To accommodate the addition of infringement allegations against the Fusion products, and so that the case proceeds in a coordinated and efficient manner, the parties have negotiated and agreed upon the following amended deadlines in the case:

| **Deadline** | **New Date** |
| --- | --- |
| Plaintiff to serve "Initial Infringement Contentions" with respect to Fusion products | **August 4, 2010** |
| Defendants to serve "Initial Non-Infringement Contentions" with respect to Fusion products<br><br>Defendants to update responses to interrogatories with respect to Fusion products | **August 20, 2010** |
| Plaintiff to serve "Final Infringement Contentions" with respect to Fusion products | **September 10, 2010** |
| Defendants to serve "Final Non-infringement Contentions" with respect to Fusion products | **September 24, 2010** |
| Deadline for the simultaneous exchange of Claim Proposed Terms/Phrases and Proposed Constructions and Claim Elements for Construction | **October 1, 2010** |
| Deadline to Meet & Confer to determine which 10 terms or phrases per patent the Court should construe | **October 8, 2010** |
| Deadline for Defendants to submit an Opening Claim Construction Brief<br><br>Deadline for the parties to file a Joint Appendix containing the patent(s) in suit and the prosecution history for each patent. | **November 1, 2010** |
| Deadline for Plaintiffs' to submit a Responsive Claim Construction Brief | **December 1, 2010** |

-3-

| **Deadline** | **New Date** |
|---|---|
| Deadline for Defendants' to submit a Reply Claim Construction Brief | **December 15, 2010** |
| Deadline to submit Joint Claim Construction Chart & Joint Status Report with proposals for Claim Construction Hearing | **December 22, 2010** |
| Claim Construction Hearing | **TBD at the Court's convenience after January 13, 2011** |

## REQUEST FOR RELIEF

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted with this motion (1) allowing Plaintiffs leave to serve amended infringement contentions to add allegations of infringement against Braemar's Fusion products with respect to U.S. Patent No. 5,730,143, and (2) modifying certain case deadlines as set forth above.

Dated: July 13, 2010

| | |
|---|---|
| */s/ Jeremy P. Oczek* | */s/ John L. Krenn (with permission)* |
| Steven M. Bauer (admitted *pro hac vice*) | John L. Krenn (admitted *pro hac vice*) |
| Jeremy P. Oczek (admitted *pro hac vice*) | Gregory R. Merz (admitted *pro hac vice*) |
| Benjamin M. Stern (admitted *pro hac vice*) | Dean C. Eyler (admitted *pro hac vice*) |
| Melissa A. Siegelman (admitted *pro hac vice*) | GRAY, PLANT, MOOTY, MOOTY & |
| PROSKAUER ROSE LLP | BENNETT, P.A. |
| One International Place | 500 IDS Center |
| Boston, MA 02110 | 80 South Eighth Street |
| Telephone: (617) 526-9600 | Minneapolis, MN 55402 |
| Facsimile: (617) 526-9899 | Telephone: (612) 632-2222 |
| sbauer@proskauer.com | Facsimile: (612) 632-4222 |
| joczek@proskauer.com | john.krenn@gpmlaw.com |
| bstern@proskauer.com | gregory.merz@gpmlaw.com |
| msiegelman@proskauer.com | dean.eyler@gpmlaw.com |
| | |
| and | and |
| | |
| Steven R. Gilford (IL Bar No. 3121730) | Stacie Rachel Hartman (IL Bar No. 6237265) |
| Catherine J. Spector (IL Bar No. 6287459) | Luke Timothy Shannon (IL Bar No. 6290734) |
| PROSKAUER ROSE LLP | SCHIFF HARDIN LLP |
| Three First National Plaza | 6600 Sears Tower |
| 70 West Madison, Suite 3800 | Chicago, IL 60606 |
| Chicago, IL 60602-4342 | Telephone: (312) 258-5500 |
| Telephone: (312) 962-3550 | Facsimile: (312) 258-5700 |
| Facsimile: (312) 962-3551 | shartman@schiffhardin.com |
| sgilford@proskauer.com | lshannon@schiffhardin.com |
| cspector@proskauer.com | |
| | *ATTORNEYS FOR BRAEMAR, INC. AND* |
| *ATTORNEYS FOR LIFEWATCH SERVICES,* | *eCARDIO DIAGNOSTICS, LLC* |
| *INC. AND CARD GUARD SCIENTIFIC* | |
| *SURVIVAL, LTD.* | |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 13th day of July, 2010.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek