# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

LifeWatch Services, Inc., et al.
                      Plaintiff,

v.                                                 Case No.: 1:09−cv−06001
                                                  Honorable William J. Hibbler

Braemar, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 19, 2010:

      MINUTE entry before Honorable William J. Hibbler: Joint Motion to amend certain case deadlines and for leave for plaintiff to serve amended infringement contentions [70] is granted. The Court adopts the amended deadlines as listed in the joint motion document number 70. Application to appear pro hac vice of Gregory R. Merz as counsel for Braemar, Inc. and eCardio Diagnostics, LLC [48] is granted. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.