# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIFEWATCH SERVICES INC., and<br>CARD GUARD SCIENTIFIC SURVIVAL, LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAEMAR, INC. and<br>ECARDIO DIAGNOSTICS, LLC,<br><br>*Defendants*. | Civil Action No. 09-CV-6001 |

## NOTICE OF UNOPPOSED MOTION
## FOR LEAVE TO FILE AN AMENDED COMPLAINT

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, August 5, 2010 at 9:30 A.M. or as soon thereafter as counsel may be heard, counsel for the parties in this action, Plaintiffs LifeWatch Services Inc. and Card Guard Scientific Survival, Ltd. and Defendants Braemar, Inc. and Ecardio Diagnostics, LLC, shall appear before the Honorable Judge Hibbler, or any other judge sitting in his stead, in the U.S. District Court for the Northern District of Illinois, located at The Dirksen Federal Building, Room 1225, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then present the **UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**.  However, the parties respectfully submit that a hearing is not necessary on this Unopposed Motion.

| | |
|---|---|
| Dated: July 30, 2010 | */s/ Jeremy P. Oczek* |
| | Steven M. Bauer (admitted *pro hac vice*) |
| | Jeremy P. Oczek (admitted *pro hac vice*) |
| | Benjamin M. Stern (admitted *pro hac vice*) |
| | Melissa A. Siegelman (admitted *pro hac vice*) |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, MA  02110 |
| | Telephone:     (617) 526-9600 |
| | Facsimile:     (617) 526-9899 |
| | sbauer@proskauer.com |
| | joczek@proskauer.com |
| | bstern@proskauer.com |
| | msiegelman@proskauer.com |
| | |
| | Steven R. Gilford (IL Bar No. 3121730) |
| | Catherine J. Spector (IL Bar No. 6287459) |
| | PROSKAUER ROSE LLP |
| | Three First National Plaza |
| | 70 West Madison, Suite 3800 |
| | Chicago, IL  60602-4342 |
| | Telephone:     (312) 962-3550 |
| | Facsimile:     (312) 962-3551 |
| | sgilford@proskauer.com |
| | cspector@proskauer.com |
| | |
| | *ATTORNEYS FOR PLAINTIFFS* |
| | *LIFEWATCH SERVICES INC. AND CARD GUARD SCIENTIFIC SURVIVAL, LTD.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 30th day of July, 2010.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek