IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFEWATCH SERVICES INC. *Plaintiff*, v. BRAEMAR, INC. and ECARDIO DIAGNOSTICS, LLC, *Defendants*. | Civil Action No. 09-CV-6001 Honorable William J. Hibbler |

**AGREED MOTION TO RESET THE STATUS HEARING
SCHEDULED FOR AUGUST 17, 2010 TO SEPTEMBER 8, 2010**

Plaintiff LifeWatch Services Inc. respectively files this Agreed Motion to Reset the Status Hearing Scheduled for August 17, 2010 (*see* Docket No. 58) to September 8, 2010. This request is respectfully made to accommodate schedules and is not sought for purposes of delay. Counsel for Defendants Braemar, Inc. and eCardio Diagnostics, LLC agrees to this motion and will be available to attend a status hearing on September 8, 2010.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order resetting the status hearing to September 8, 2010.

-2-

| | |
|---|---|
| Dated: August 9, 2010 | */s/ Jeremy P. Oczek* |
| | Steven M. Bauer (admitted *pro hac vice*) |
| | Jeremy P. Oczek (admitted *pro hac vice*) |
| | Benjamin M. Stern (admitted *pro hac vice*) |
| | Melissa A. Siegelman (admitted *pro hac vice*) |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, MA  02110 |
| | Telephone:   (617) 526-9600 |
| | Facsimile:     (617) 526-9899 |
| | sbauer@proskauer.com |
| | joczek@proskauer.com |
| | bstern@proskauer.com |
| | msiegelman@proskauer.com |
| | |
| | Steven R. Gilford (IL Bar No. 3121730) |
| | Catherine J. Spector (IL Bar No. 6287459) |
| | PROSKAUER ROSE LLP |
| | Three First National Plaza |
| | 70 West Madison, Suite 3800 |
| | Chicago, IL  60602-4342 |
| | Telephone:   (312) 962-3550 |
| | Facsimile:     (312) 962-3551 |
| | sgilford@proskauer.com |
| | cspector@proskauer.com |
| | |
| | *ATTORNEYS FOR PLAINTIFF* |
| | *LIFEWATCH SERVICES INC.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 9th day of August, 2010.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek