**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIFEWATCH SERVICES INC. *Plaintiff*, v. BRAEMAR, INC. and ECARDIO DIAGNOSTICS, LLC, *Defendants*. | Civil Action No. 09-CV-6001 Honorable William J. Hibbler |

**NOTICE OF AGREED MOTION TO RESET THE STATUS HEARING
SCHEDULED FOR AUGUST 17, 2010 TO SEPTEMBER 8, 2010**

TO:    All Counsel of Record

PLEASE TAKE NOTICE that on August 12, 2010 at 9:30 A.M. or as soon thereafter as counsel may be heard, counsel for the parties, Plaintiff LifeWatch Services Inc. and Defendants Braemar, Inc. and Ecardio Diagnostics shall appear before the Honorable Judge Hibbler, or any other judge sitting in his stead, in the United States District Court for the Northern District of Illinois, located at The Dirksen Federal Building, Room 1225, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then present the **AGREED MOTION TO RESET THE STATUS HEARING SCHEDULED FOR AUGUST 17, 2010 TO SEPTEMBER 8, 2010**.

However, since this is an Agreed Motion, the parties respectfully submit that a hearing is not necessary on this Motion.

| | |
|---|---|
| Dated: August 9, 2010 | */s/ Jeremy P. Oczek* |
| | Steven M. Bauer (admitted *pro hac vice*) |
| | Jeremy P. Oczek (admitted *pro hac vice*) |
| | Benjamin M. Stern (admitted *pro hac vice*) |
| | Melissa A. Siegelman (admitted *pro hac vice*) |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, MA  02110 |
| | Telephone:     (617) 526-9600 |
| | Facsimile:     (617) 526-9899 |
| | sbauer@proskauer.com |
| | joczek@proskauer.com |
| | bstern@proskauer.com |
| | msiegelman@proskauer.com |
| | |
| | Steven R. Gilford (IL Bar No. 3121730) |
| | Catherine J. Spector (IL Bar No. 6287459) |
| | PROSKAUER ROSE LLP |
| | Three First National Plaza |
| | 70 West Madison, Suite 3800 |
| | Chicago, IL  60602-4342 |
| | Telephone:     (312) 962-3550 |
| | Facsimile:     (312) 962-3551 |
| | sgilford@proskauer.com |
| | cspector@proskauer.com |
| | |
| | *ATTORNEYS FOR PLAINTIFF LIFEWATCH SERVICES INC.* |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 9th day of August, 2010.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek