**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on August 10, 2010, he electronically filed the following documents:

1. Defendants' Response to Plaintiff's Local Rule 56.1 Statement of Additional Facts;

2. Defendants' Reply Memorandum in Support of Motion for Summary Judgment; and

3. Declaration of Robert Schwarzberg.

with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                       /s/ John L. Krenn
                                                 John L. Krenn (Admitted Pro Hac Vice)

GP:2831470 v1