# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIFEWATCH SERVICES INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BRAEMAR, INC. and <br> ECARDIO DIAGNOSTICS, LLC, <br><br> *Defendants*. | Civil Action No. 09-CV-6001 <br><br> Honorable William J. Hibbler |

### NOTICE OF LIFEWATCH'S MOTION TO DISQUALIFY ROBERT SCHWARZBERG FROM SERVING AS AN EXPERT FOR DEFENDANTS, PRECLUDE DEFENDANTS FROM CONSULTING WITH SCHWARZBERG, AND STRIKE THE SCHWARZBERG DECLARATION

TO:  All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, August 31, 2010 at 9:30 A.M. or as soon thereafter as counsel may be heard, counsel for the parties, Plaintiff LifeWatch Services Inc. and Defendants Braemar, Inc. and eCardio Diagnostics shall appear before the Honorable Judge Hibbler, or any other judge sitting in his stead, in the United States District Court for the Northern District of Illinois, located at The Dirksen Federal Building, Room 1225, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then present **LIFEWATCH'S MOTION TO DISQUALIFY ROBERT SCHWARZBERG FROM SERVING AS AN EXPERT FOR DEFENDANTS, PRECLUDE DEFENDANTS FROM CONSULTING WITH SCHWARZBERG, AND STRIKE THE SCHWARZBERG DECLARATION**.

| | |
|---|---|
| Dated: August 25, 2010 | */s/ Jeremy P. Oczek* |
| | Steven M. Bauer (admitted *pro hac vice*) |
| | Jeremy P. Oczek (admitted *pro hac vice*) |
| | Benjamin M. Stern (admitted *pro hac vice*) |
| | Melissa A. Siegelman (admitted *pro hac vice*) |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, MA 02110 |
| | Telephone: (617) 526-9600 |
| | Facsimile: (617) 526-9899 |
| | sbauer@proskauer.com |
| | joczek@proskauer.com |
| | bstern@proskauer.com |
| | msiegelman@proskauer.com |
| | |
| | Steven R. Gilford (IL Bar No. 3121730) |
| | Catherine J. Spector (IL Bar No. 6287459) |
| | PROSKAUER ROSE LLP |
| | Three First National Plaza |
| | 70 West Madison, Suite 3800 |
| | Chicago, IL 60602-4342 |
| | Telephone: (312) 962-3550 |
| | Facsimile: (312) 962-3551 |
| | sgilford@proskauer.com |
| | cspector@proskauer.com |
| | |
| | *ATTORNEYS FOR PLAINTIFF LIFEWATCH SERVICES INC.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 25th day of August, 2010.

*/s/ Jeremy P. Oczek*
Jeremy P. Oczek