**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

LifeWatch Services, Inc., et al.
                              Plaintiff,

v.                                              Case No.: 1:09−cv−06001
                                               Honorable William J. Hibbler

Braemar, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 31, 2010:

      MINUTE entry before Honorable William J. Hibbler: Motion hearing held. Plaintiff's motion to file a surreply [86] is denied without prejudice. Plaintiff's motion to strike reply to response to motion, [82] *in part, and Schwarzberg Declaration, and to Disqualify Schwarzberg* is taken under advisement. Response is to be filed by 9/14/2010. Reply is to be filed by 9/21/2010. Court will rule by mail. Plaintiff's oral motion to instruct defendants not to discuss the patent with Mr. Schwartzberg is denied.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.