**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

LifeWatch Services, Inc., et al.

                        Plaintiff,

v.                                                Case No.: 1:09−cv−06001
                                                Honorable William J. Hibbler

Braemar, Inc., et al.

                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 31, 2010:

      MINUTE entry before Honorable William J. Hibbler: Status hearing date of 9/8/2010 is reset for 9/28/2010 at 09:30 AM.Advised in open court (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.