**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 14, 2010, he electronically filed the following documents:

1. Defendants' Opposition to LifeWatch's Motions to Disqualify Robert Schwarzberg from Serving as an Expert for Defendants, Preclude Robert Schwarzberg from Consulting with Defendants, and Strike the Schwarzberg Declaration; and

2. Declaration of John L. Krenn

with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/ John L. Krenn
                                  John L. Krenn (Admitted Pro Hac Vice)

GP:2847559 v1