# EXHIBIT A

DIALOG(R)File 813: PR Newswire
(c) 1999 PR Newswire Association Inc. All rights reserved.

1007903                    SFW024
**Merger Makes Ralin Medical Second Largest Cardiac Monitoring Services Company**

**Date:** October 16, 1996        08:02 EDT        **Word Count:** 365

 CHICAGO
, Oct. 16 /PRNewswire/ -- Ralin Medical, Inc., a leading provider of outpatient cardiac services, today becomes the nation's second largest provider of telephonic electrocardiogram (ECG) monitoring services with the merger of its LifeWatch subsidiary and CardioLife of Boca Raton, Florida. The merger gives LifeWatch a major foothold in the Eastern U.S.

 The merged companies will use the LifeWatch name and will be based at Ralin's Buffalo Grove, Illinois headquarters.  LifeWatch also will maintain operations in Boca Raton.

 The LifeWatch division provides continuous ambulatory cardiac monitoring services to patients across the country who have been prescribed by a physician to wear either a 24-hour holter or a 30-day event monitor.

 LifeWatch maintains a 24-hour, 7-day-a-week central monitoring service consisting of cardiac nurses and ECG technicians specially trained in arrhythmia detection and management.

 Patients are trained to wear LifeWatch devices which are used to record their ECGs when arrhythmia-like symptoms occur.  The devices store ECG data which can be transmitted by telephone to LifeWatch control receiving locations in Buffalo Grove and Boca Raton.

 Incoming ECGs are initially reviewed by ECG technicians and critical care nurses, then triaged to referring physicians.  The goal of LifeWatch is to screen patient symptoms in the most cost effective way in order to determine, the presence or absence of a cardiac problem.

 Commenting on the merger, Ralin Medical Chief Executive Officer Peter Smith noted that "Our newly enhanced LifeWatch business solidifies its major market presence in the fast growing national telephonic monitoring field and provides leadership in sales, product technology, service and management strength."

 CardioLife President John Calia will become President of LifeWatch. "We believe the new LifeWatch has great momentum," said Calia.  "We will take advantage of the best of each organization to form a leadership position in the market.  This combination creates an exciting growth opportunity for both companies."

 In addition to LifeWatch, Ralin Medical operates Cardiac Solutions, the leader in outpatient cardiac disease management for patients with chronic, high-cost diseases such as congestive heart failure.

SOURCE  Ralin Medical, Inc.
 CONTACT:  John Calia of CardioLife, 407-362-8642, ext. 106; or Charles Rowland of Ralin Medical, 847-459-7799, ext. 107/<