LifeWatch Services, Inc., et al.

                                    Plaintiff,

v.                                                      Case No.: 1:09−cv−06001
                                                        Honorable William J. Hibbler

Braemar, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 8, 2010:

        MINUTE entry before Honorable William J. Hibbler: Joint Motion to amend
certain case deadlines as outlined [98] is granted. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.