**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIFEWATCH SERVICES, INC. and CARD GUARD SCIENTIFIC SURVIVAL, LTD., <br><br> Plaintiffs <br><br> v. <br><br> BRAEMAR, INC., ECARDIO DIAGNOSTICS, LLC, and MEDNET HEALTHCARE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 09CV6001 <br> Hon. William J. Hibbler, U.S.D.J. <br> Hon. Arlander Keys, U.S.M.J. <br><br> **JURY TRIAL DEMANDED** |
| BRAEMAR, INC. and ECARDIO DIAGNOSTICS, LLC, <br><br> Counter-Plaintiffs <br><br> v. <br><br> LIFEWATCH SERVICES, INC. and CARD GUARD SCIENTIFIC SURVIVAL, LTD., <br><br> Counter-Defendants. | |

**MOTION TO WITHDRAW APPEARANCE OF LUKE T. SHANNON**

Defendants and Counter-Plaintiffs Braemar, Inc. and eCardio Diagnostics, LLC ("Defendants"), hereby move to withdraw the appearance of Luke T. Shannon of Schiff Hardin LLP. Mr. Shannon is leaving the firm of Schiff Hardin LLP effective November 5, 2010, and thereafter he will no longer represent Defendants. Defendants will continue to be represented by

John L. Krenn, Dean C. Eyler, and Gregory R. Merz of Gray, Plant, Mooty, Mooty & Bennett, P.A., and by Stacie R. Hartman and Jessica K. Fender of Schiff Hardin LLP.

Dated: November 1, 2010

Respectfully submitted,

DEFENDANTS BRAEMAR, INC. and
eCARDIO DIAGNOSTICS, LLC

s/ Jessica K. Fender

Stacie R. Hartman (ID No. 6237265)
Luke T. Shannon (ID No. 6290734)
Jessica K. Fender  (ID No. 6296359)
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
Phone:  (312) 258-5500
Fax: (312) 258-5700
shartman@schiffhardin.com
lshannon@schiffhardin.com
jfender@schiffhardin.com

-and-

John L. Krenn (MN ID 012493X)
Dean C. Eyler (MN ID 267491)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone:  (612) 632-3000
Fax:  (612) 632-4444
john.krenn@gpmlaw.com
dean.eyler@gpmlaw.com

ATTORNEYS FOR DEFENDANTS AND
COUNTER-PLAINTIFFS BRAEMAR,
INC. AND eCARDIO DIAGNOSTICS,
LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIFEWATCH SERVICES, INC. and CARD GUARD SCIENTIFIC SURVIVAL, LTD., <br><br>　　　Plaintiffs <br><br>v. <br><br>BRAEMAR, INC., ECARDIO DIAGNOSTICS, LLC, and MEDNET HEALTHCARE TECHNOLOGIES, INC., <br><br>　　　Defendants. | Case No.: 09CV6001 <br> Hon. William J. Hibbler, U.S.D.J. <br> Hon. Arlander Keys, U.S.M.J. <br><br> **JURY TRIAL DEMANDED** |
| BRAEMAR, INC. and ECARDIO DIAGNOSTICS, LLC, <br><br>　　　Counter-Plaintiffs <br><br>v. <br><br>LIFEWATCH SERVICES, INC. and CARD GUARD SCIENTIFIC SURVIVAL, LTD., <br><br>　　　Counter-Defendants. | |

**CERTIFICATE OF SERVICE**

　　　The undersigned, an attorney, hereby certifies that on November 1, 2010, she electronically filed the foregoing *Motion to Withdraw Appearance of Luke T. Shannon* and notice of such motion with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　*s/ Jessica K. Fender*
　　　　　　　　　　　　　　　　　　　　　Jessica K. Fender (ID No. 6296359)