# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIFEWATCH SERVICES, INC. and CARD GUARD SCIENTIFIC SURVIVAL, LTD., <br><br> Plaintiffs <br><br> v. <br><br> BRAEMAR, INC., ECARDIO DIAGNOSTICS, LLC, and MEDNET HEALTHCARE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 09CV6001 <br> Hon. William J. Hibbler, U.S.D.J. <br> Hon. Arlander Keys, U.S.M.J. <br><br> **JURY TRIAL DEMANDED** |
| BRAEMAR, INC. and ECARDIO DIAGNOSTICS, LLC, <br><br> Counter-Plaintiffs <br><br> v. <br><br> LIFEWATCH SERVICES, INC. and CARD GUARD SCIENTIFIC SURVIVAL, LTD., <br><br> Counter-Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, November 4, 2010, at 9:30 a.m., counsel for Defendants and Counter-Plaintiffs Braemar, Inc. and eCardio Diagnostics, LLC will appear before the Honorable Judge Hibbler or any judge sitting in his stead in the Courtroom usually occupied by him at the United States District Courthouse for the Northern District of Illinois, 219

South Dearborn, Chicago, Illinois, Room 1225, to present the **Motion to Withdraw Appearance of Luke T. Shannon**, a copy of which is filed herewith.

Dated: November 1, 2010

Respectfully submitted,

DEFENDANTS BRAEMAR, INC. and eCARDIO DIAGNOSTICS, LLC

s/ Jessica K. Fender

Stacie R. Hartman (ID No. 6237265)
Luke T. Shannon (ID No. 6290734)
Jessica K. Fender (ID No. 6296359)
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Phone: (312) 258-5500
Fax: (312) 258-5700
shartman@schiffhardin.com
lshannon@schiffhardin.com
jfender@schiffhardin.com

-and-

John L. Krenn (MN ID 012493X)
Dean C. Eyler (MN ID 267491)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
Fax: (612) 632-4444
john.krenn@gpmlaw.com
dean.eyler@gpmlaw.com

ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFFS BRAEMAR, INC. AND eCARDIO DIAGNOSTICS, LLC