**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

LifeWatch Services, Inc., et al.
                         Plaintiff,

v.                                                Case No.: 1:09−cv−06001
                                                Honorable William J. Hibbler

Braemar, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 3, 2010:

      MINUTE entry before Honorable William J. Hibbler: Motion to withdraw as attorney appearance of Luke T. Shannon as counsel for defendants and counter−plaintiffs [103] is granted. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.