# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIFEWATCH SERVICES INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BRAEMAR, INC. AND ECARDIO DIAGNOSTICS, LLC, <br><br> *Defendants*. | Civil Action No. 09-CV-6001 |

## NOTICE OF JOINT MOTION TO AMEND CERTAIN CASE DEADLINES

TO: All Counsel of Record

PLEASE TAKE NOTICE that on December 7, 2010 at 9:30 a.m. or as soon thereafter as counsel may be heard (the time and date currently scheduled for a status conference in this case), counsel for the parties in this action, Plaintiff LifeWatch Services, Inc. and Defendants Braemar, Inc. and eCardio Diagnostics, LLC, shall appear before the Honorable Judge Hibbler, or any other judge sitting in his stead, in the U.S. District Court for the Northern District of Illinois, located at The Dirksen Federal Building, Room 1225, 219 South Dearborn Street, Chicago, Illinois and shall then present the Joint Motion to Amend Certain Case Deadlines.

Dated:  December 2, 2010

| | |
|---|---|
| /s/ Jeremy P. Oczek (with permission) | /s/ John L. Krenn |
| Steven M. Bauer (admitted *pro hac vice*) | John L. Krenn (admitted *pro hac vice*) |
| Jeremy P. Oczek (admitted *pro hac vice*) | Gregory R. Merz (admitted *pro hac vice*) |
| Benjamin M. Stern (admitted *pro hac vice*) | Dean C. Eyler (admitted *pro hac vice*) |
| Melissa A. Siegelman (admitted *pro hac vice*) | GRAY, PLANT, MOOTY, MOOTY & |
| PROSKAUER ROSE LLP | BENNETT, P.A. |
| One International Place | 500 IDS Center |
| Boston, MA  02110 | 80 South Eighth Street |
| Telephone:     (617) 526-9600 | Minneapolis, MN 55402 |
| Facsimile:      (617) 526-9899 | Telephone:     (612) 632-2222 |
| sbauer@proskauer.com | Facsimile:      (612) 632-4222 |
| joczek@proskauer.com | john.krenn@gpmlaw.com |
| bstern@proskauer.com | gregory.merz@gpmlaw.com |
| msiegelman@proskauer.com | dean.eyler@gpmlaw.com |
| | |
| and | and |
| | |
| Steven R. Gilford (IL Bar No. 3121730) | Stacie Rachel Hartman (IL Bar No. 6237265) |
| Catherine J. Spector (IL Bar No. 6287459) | Luke Timothy Shannon (IL Bar No. 6290734) |
| PROSKAUER ROSE LLP | SCHIFF HARDIN LLP |
| Three First National Plaza | 6600 Sears Tower |
| 70 West Madison, Suite 3800 | Chicago, IL 60606 |
| Chicago, IL  60602-4342 | Telephone:     (312) 258-5500 |
| Telephone:     (312) 962-3550 | Facsimile:      (312) 258-5700 |
| Facsimile:      (312) 962-3551 | shartman@schiffhardin.com |
| sgilford@proskauer.com | lshannon@schiffhardin.com |
| cspector@proskauer.com | |
| | *ATTORNEYS FOR BRAEMAR, INC. AND* |
| *ATTORNEYS FOR LIFEWATCH SERVICES INC.* | *eCARDIO DIAGNOSTICS, LLC* |

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on this 2nd day of December, 2010.

/s/ John L. Krenn
John L. Krenn

GP:2890481 v2